This is to advise that on April 27, 2011

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 11-48

In action

Ct. No. 09-00198

Shanghai Lian Li Paper
Products Co., Ltd.,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Association of American School
Paper Suppliers,
(Defendant-Intervenor.)